**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6940**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DWIGHT LAMAR JONES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:12-cr-00019-D-1)

Submitted:  November 30, 2018                    Decided:  December 13, 2018

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dwight Lamar Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Lamar Jones appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. We review for abuse of discretion the denial of a § 3582(c)(2) motion. *United States v. Smalls*, 720 F.3d 193, 195 (4th Cir. 2013). Because our review of the record reveals no abuse of discretion, we affirm the district court's order. We deny Jones' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*